```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Lovesac Company,

                Plaintiff,

        –v–

WGST Production, Inc., et al.,

              Defendants.

21-cv-8104 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court's order dated November 10, 2021, ordered the parties to submit by January 19, 2022, a joint letter and proposed civil case management plan in advance of the initial pretrial conference scheduled for January 28, 2022, at 3:15 p.m. Dkt. No. 6. The Court is not in receipt of either document. The parties shall by January 24, 2022, submit a joint letter and proposed civil case management plan as detailed in the Court's November 10 order.

SO ORDERED.

Dated: January 20, 2022
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge