```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Lovesac Company,

              Plaintiff,

–v–

WGST Production, Inc., et al.,

              Defendants.

21-cv-8104 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court on January 26, 2022, ordered the Plaintiff to file a motion for default judgment by February 4, 2022. Dkt. No. 12. The Clerk's office on February 15, 2022, terminated the Plaintiff's motion for an entry of default and ordered the Plaintiff to refile the motion because it was filed erroneously.

      The Plaintiff shall refile its motion for entry of default, and file a motion for default judgment to this Court, by March 18, 2022. The Plaintiff is on notice that failure to timely comply with this Court's Order may result in his claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

      SO ORDERED.

Dated: March 9, 2022
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge