UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| THE LOVESAC COMPANY, | **ORDER** |
| Plaintiff, | **21-CV-8104 (DLC) (JW)** |
| -against- | |
| WGST PRODUCTION, INC., and ELECTRIC BARNYARD PRODUCTIONS, INC., | |
| Defendants. | |

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Defendants' response, if any, to Plaintiff's motion for default judgment (Dkt. No. 28) is due **April 26, 2022**.  Plaintiff's reply, if any, is due **May 3, 2022**.

    SO ORDERED.

DATED:    New York, New York
              April 13, 2022

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge