```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
THE LOVESAC COMPANY,                     :    21cv8104 (DLC)
                                         :
                    Plaintiff,           :    ORDER
                                         :
          -v-                            :
                                         :
WGST PRODUCTION, INC. et al,             :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On March 21, 2021 the above captioned case was referred to Magistrate Judge Jennifer E. Willis for dispositive motion purposes. Accordingly, it is hereby

ORDERED that the dispositive motion referral is vacated.

SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                              _____
                                       DENISE COTE
                              United States District Judge