```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
THE LOVESAC COMPANY,                      :
                                          :
                        Plaintiff,        :       21cv8104 (DLC)
            -v-                           :
                                          :            ORDER
WGST PRODUCTION, INC. et al,              :
                                          :
                        Defendants.       :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on April 12, 2022, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendants on or before **April 18, 2022**.

IT IS FURTHER ORDERED that defendants' response, if any, to plaintiff's motion for default judgment is due by **May 5, 2022**.

IT IS FURTHER ORDERED that a default judgment hearing will be held telephonically on **May 11, 2022** at **2:00 pm**. Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference.

    Dial-in:  888-363-4749
    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         April 15, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge