**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
-----------------------------------------------------------------x

**THE LOVESAC COMPANY**

                **Plaintiff,**

vs.

**WGST PRODUCTION, INC., and ELECTRIC**
**BARNYARD PRODUCTIONS, INC.**

                **Defendants.**
-----------------------------------------------------------------x

**Index No.**
**1:21-cv-08104 (DLC-JW)**

~~**PROPOSED**~~
**DEFAULT JUDGMENT**

WHEREAS this action was filed on September 30, 2021, as a diversity action pursuant to 28 U.S.C. § 1332(a), by the filing of a Summons and Complaint; and

WHEREAS, a copy of the Summons and Complaint was served on defendant WGST PRODUCTION, INC. on October 22, 2021, by United Process Service, Inc. (Dkt. 7; 9); and

WHEREAS, a copy of the Summons and Complaint was served on defendant ELECTRIC BARNYARD PRODUCTIONS, INC. on October 22, 2021, by United Process Service, Inc. (Dkt. 8 - 9); and

WHEREAS, proof of valid service on both such defendants was filed on October 22, 2021 (Dkt. 7 – 9); and

WHEREAS, such defendants have never appeared in this action, and have never filed any answer or other responsive pleading to the Complaint or otherwise defended this action; and

WHEREAS, the time for filing any answer or other responsive pleading to the Complaint has expired; and

1

WHEREAS, On April 11, 2022, the Clerk of this Court issued a Certificate of Default as to each defendant WGST Production, Inc. (Dkt. 27) and defendant Electric Barnyard Productions, Inc.

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment hereby enters in favor of plaintiff THE LOVESAC COMPANY against defendant WGST PRODUCTION, INC. ~~in the total amount of $121,720.86, constituting compensatory damages in the amount of $114,900 and recoverable attorneys' fees and costs in the amount of $6,820.86; and~~ *and*

~~IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that judgment hereby enters in favor of plaintiff THE LOVESAC COMPANY~~ against defendant ELECTRIC BARNYARD PRODUCTIONS, INC., *jointly and severally,* in the total amount of $121,720.86, constituting compensatory damages in the amount of $114,900 and recoverable attorneys' fees and costs in the amount of $6,820.86.

DATED:   New York, New York

_____May 11_____, 2022

SO ORDERED:

By: _____
U.S.D.J.